**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com
*Attorneys for Defendant*
*American Battery Technology Company, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER SCHULTZ, individually and as trustee of the SUNSHINE AND RAIN ASSET MANAGEMENT IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BATTERY TECHNOLOGY COMPANY, INC. a Nevada Corporation; ACTION STOCK TRANSFR COMPANY, INC., a Utah Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01965-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AMERICAN BATTERY TECHNOLOGY COMPANY, INC. TO RESPOND TO PLAINTIFF PETER SCHULTZ'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant American Battery Technology Company, Inc. ("ABTC"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Peter Schultz, individually and as Trustee of the Sunshine and Rain Asset Management Irrevocable Trust (collectively "Schultz"), by and through his attorneys, Gordon Rees Scully Mansukhani, LLP, stipulate and agree as follows:

1. Schultz filed his Complaint [ECF 1] (the "Complaint") on November 22, 2022.

2. Schultz served ABTC on or about December 7, 2022.

3. ABTC's deadline to respond, move or otherwise plead to the Complaint is December 28, 2022.



4.  Schultz and ABTC have agreed that ABTC shall have up to and including January 11, 2023, to respond, move or otherwise plead to the Complaint.

5.  The request for an extension is because the current deadline falls in the middle of the holidays and ABTC needs additional time to review its records pertaining to the allegations in the Complaint.

6.  This is the first stipulation between ABTC and Schultz to extend the time for ABTC to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: December 22nd 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/: Christopher B. Queally
Christopher B. Queally
(*Admitted Pro Hac Vice*)
5 Park Plaza, Suite 1100
Irvine, CA  92614
Tel: 949-255-6975
Fax: 949-474-2060
Email: cqueally@grsm.com

Bradley G. Taylor, Esq.
Nevada Bar No. 13778
300 S. 4th Street, Suite 1550
Las Vegas, Nevada  89101
Tel: 702-577-9341
Fax: 702-255-2858
Email: btaylor@grsm.com
*Attorneys for Plaintiff Peter Schultz, Individually and as Trustee of the Sunshine and Rain Asset Management Irrevocable Trust*

Dated: December 22nd 2022.

**DICKINSON WRIGHT PLLC**

/s/: Gabriel A. Blumberg
Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com
*Attorneys for Defendant American Battery Technology, Company, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2022