1  BRADLEY G. TAYLOR
   Nevada Bar No. 13778
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 S. 4th Street, Ste. 1550
3  Las Vegas, NV 89101
   Phone: (702) 577-9300
4  Direct Line: (702) 577-9341
   Fax: (702) 255-2858
5  E-Mail: btaylor@grsm.com

6  CHRISTOPHER B. QUEALLY (*Admitted Pro Hac Vice*)
   **GORDON REES SCULLY MANSUKHANI, LLP**
7  5 Park Plaza, Suite 1100
   Irvine, CA 92614
8  Phone: (949) 255-6975
   Fax: (949) 474-2060
9  E-Mail: cqueally@grsm.com

10 *Attorneys for Plaintiff and Counterdefendant*
   *PETER SCHULTZ, individually and as*
11 *Trustee of the SUNSHINE AND RAIN ASSET*
   *MANAGEMENT IRREVOCABLE TRUST*
12

13 **UNITED STATES DISTRICT COURT**

14 **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  PETER SCHULTZ, individually and as trustee of the SUNSHINE AND RAIN ASSET | CASE NO. 2:22-cv-01965-JAD-EJY |
| 16  MANAGEMENT IRREVOCABLE TRUST, | **STIPULATION EXTENDING TIME TO SERVE COMPLAINT ON** |
| 17           Plaintiff, | **DEFENDANT ACTION STOCK TRANSFER COMPANY, INC. AND** |
| 18      vs. | **FILE PROOF OF SERVICE; AND [*PROPOSED*] ORDER** |
| 19  AMERICAN BATTERY TECHNOLOGY COMPANY, INC., a Nevada Corporation; | |
| 20  ACTION STOCK TRANSFER COMPANY, INC., a Utah Corporation, and DOES 1 to 10, | |
| 21  Inclusive, | |
| 22           Defendants. | |
| 23  AMERICAN BATTERY TECHNOLOGY COMPANY, INC. a Nevada Corporation; | |
| 24 | |
| 25           Counterclaimant, vs. | |
| 26  PETER SCHULTZ, individually and as trustee of the SUNSHINE AND RAIN ASSET | |
| 27  MANAGEMENT IRREVOCABLE TRUST, | |
| 28           Counterdefendant. | |

1

**STIPULATION EXTENDING TIME TO SERVE COMPLAINT ON DEFENDANT
ACTION STOCK TRANSFER COMPANY, INC. AND FILE PROOF OF SERVICE**

1.       WHEREAS Plaintiff Peter Schultz, individually and as trustee of the Sunshine and Rain Asset Management Irrevocable Trust ("Plaintiff") filed this action on November 22, 2022 and named as a defendant Action Stock Transfer Corporation ("AST"), alleged to be a Utah entity.

2.       WHEREAS Plaintiff has alleged AST was the stock transfer agent of co-defendant American Battery Technology Corporation ("ABTC") at all relevant times.

3.       WHEREAS ABTC has admitted in paragraph 17 of its Answer to the Complaint that AST did remove the restrictive legend on certain shares of stock issued by ABTC.

4.       WHEREAS the Court issued a Notice of Intent to Dismiss AST on March 13, 2023, setting the deadline for filing a proof of service on AST as April 12, 2023.

5.       WHEREAS Plaintiff asserts it has diligently attempted to serve AST but as yet has been unable to effect service of process, including attempting to serve AST at its address for its agent for service of process and its headquarters in Utah on February 16, 2023, where the process server was told by the individual at the address that such individual could not accept service because AST had been taken over by Securities Transfer Corporation of Texas, and thereafter on March 29, 2023, Plaintiff asserts it attempted to serve Securities Transfer Corporation at its headquarters in Plano, Texas and the individual in the office refused to accept service and represented to the process server it was only an asset sale and not a merger.

6.       WHEREAS based on the foregoing, Plaintiff needs additional time to investigate the issue and effect service properly.

IT IS NOW THEREFORE AGREED AND STIPULATED TO THAT:

1.       The deadline for Plaintiff Peter Schultz, individually and as trustee of the Sunshine and Rain Asset Management Irrevocable Trust to effect service of process and file a

///
///
///
///
///

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

proof of service is extended to **April 26, 2023**.

      DATED this 12th day of April 2023.

              **GORDON REES SCULLY MANSUKHANI, LLP**

              */s/ Christopher B. Queally*
              BRADLEY G. TAYLOR
              Nevada Bar No. 13778
              300 S. 4th Street, Ste. 1550
              Las Vegas, NV 89101

              CHRISTOPHER B. QUEALLY
              (*Admitted Pro Hac Vice*)
              5 Park Plaza, Suite 1100
              Irvine, CA 92614

              *Attorneys for Plaintiff and Counterdefendant PETER SCHULTZ, individually and as Trustee of the SUNSHINE AND RAIN ASSET MANAGEMENT IRREVOCABLE TRUST*

      DATED this 12th day of April 2023.

              **DICKINSON WRIGHT PLLC**

              */s/ Gabriel A. Blumberg*
              MICHAEL N. FEDER
              Nevada Bar No. 7332
              GABRIEL A. BLUMBERG
              Nevada Bar No. 12332
              3883 Howard Hughes Pkwy., Suite 800
              Las Vegas, Nevada 89169

              *Attorneys for Defendant and Counterclaimant AMERICAN BATTERY TECHNOLOGY COMPANY, INC.*

              IT IS SO ORDERED.

              _____
              United States Magistrate Judge

              Dated: April 12, 2023

3

**STIPULATION EXTENDING TIME TO SERVE COMPLAINT ON DEFENDANT ACTION STOCK TRANSFER COMPANY, INC. AND FILE PROOF OF SERVICE**